IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| THE GAME, L.L.C., | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:08cv003788 SWW |
| | * | |
| | * | |
| LLOYD SALES COMPANY, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

On June 29, 2009, plaintiff The Game, L.L.C. filed a notice of voluntary dismissal, with prejudice, of all claims asserted against separate defendant David O'Dell, dba Big Red, but stated that "[t]his dismissal does not affect any claims asserted by The Game against any other Defendant." However, on April 8, 2009, the Court entered a docket notation noting that the Court had been advised that the case has settled and cancelling a telephone conference that was scheduled to address The Game's motion for leave to file second amended complaint [doc.#14] and The Game's motion for leave to file amended answer [doc.#15]. The Court accordingly did not address those motions and the Court presumed the parties did not file their Rule 26(f) Report that was due on April 13, 2009 [doc.#13] because the case was settled. In light of The Game's notice of voluntary dismissal, the Court directs that within twenty (20) days of the date of entry of this Order The Game and separate defendant Lloyd Sales Company file a pleading addressing the status of this action.

IT IS SO ORDERED this 10th day of July 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE